UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO A. BARROGA, | No. 2:22-mc-00301-DAD-AC (PS) |
| Plaintiff, | |
| v. | ORDER ON PREFILING REQUEST |
| BOARD OF ADMINISTRATION CAL PUBLIC EMPLOYEES' RETIREMENT SYSTEM, | |
| Defendant. | |

Plaintiff Lucio A. Barroga's lodged complaint is subject to the prefiling review order issued on September 9, 2019 in *Barroga v. Board of Administration, Cal. Public Employees' Retirement System*, ("CalPERS"), 2:19-cv-0921-MCE-KJN, Doc. No. 29 (Prefiling Order), which declared plaintiff a vexatious litigant. As provided in that order, plaintiff is not permitted to file any new lawsuit in this court "against defendant CalPERS or their related entities" or "any lawsuit concerning his defunct pension, unless and until the filing is reviewed and determined by the court to constitute a non-frivolous claim." (Prefiling Order at 15.)

The undersigned has reviewed plaintiff's lodged complaint against CalPERS and has determined that plaintiff's allegations therein are related to his defunct state pension and are frivolous.

/////

1

Accordingly, the court orders that the Clerk of the Court shall not file plaintiff's lodged complaint and is directed to close this miscellaneous case.

IT IS SO ORDERED.

Dated: **October 28, 2022**

UNITED STATES DISTRICT JUDGE